# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2010

139985(73)(74)(76)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FREDDIE BASS PARKER,
      Defendant-Appellant.

SC: 139985
COA: 283569
Ottawa CC: 07-031322-FC

_____/

     By order of April 28, 2010, attorney Dennis M. Powers was directed to respond to the allegations set forth in the defendant's pro se motion for reconsideration. On order of the Court, the answer having been received, the motions for reconsideration of this Court's January 29, 2010 order filed by the defendant and by attorney Dennis M. Powers are considered, and they are DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2010

_____
Clerk

d0603